IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Mitchell, Annie Marie | Case Number: 04 B 45663 |
| | Judge: Wedoff, Eugene R |
| Printed: 5/13/08 | Filed: 12/13/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: May 9, 2008
Confirmed: January 27, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 67,079.26 | |
| Secured: | | 28,967.87 |
| Unsecured: | | 32,974.14 |
| Priority: | | 0.00 |
| Administrative: | | 1,706.00 |
| Trustee Fee: | | 3,431.25 |
| Other Funds: | | 0.00 |
| Totals: | 67,079.26 | 67,079.26 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 1,706.00 | 1,706.00 |
| 2. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 3. | Chase Manhattan Mortgage Corp | Secured | 0.00 | 0.00 |
| 4. | Ford Motor Credit Corporation | Secured | 18,675.18 | 18,675.18 |
| 5. | DaimlerChrysler Servs North America | Secured | 10,082.31 | 10,082.31 |
| 6. | ECast Settlement Corp | Secured | 210.38 | 210.38 |
| 7. | ECast Settlement Corp | Unsecured | 1,638.75 | 1,638.75 |
| 8. | Discover Financial Services | Unsecured | 4,205.19 | 4,205.19 |
| 9. | Marshall Field & Company | Unsecured | 1,743.65 | 1,743.65 |
| 10. | Specialized Management Consultants | Unsecured | 404.12 | 404.12 |
| 11. | World Financial Network Nat'l | Unsecured | 473.67 | 473.67 |
| 12. | DaimlerChrysler Servs North America | Unsecured | 4,012.89 | 4,012.89 |
| 13. | Lord & Taylor | Unsecured | 190.10 | 190.10 |
| 14. | RoundUp Funding LLC | Unsecured | 1,585.32 | 1,585.32 |
| 15. | Citibank USA | Unsecured | 484.78 | 484.78 |
| 16. | Resurgent Capital Services | Unsecured | 9,325.49 | 9,325.49 |
| 17. | Resurgent Capital Services | Unsecured | 855.38 | 855.38 |
| 18. | Resurgent Capital Services | Unsecured | 995.72 | 995.72 |
| 19. | Resurgent Capital Services | Unsecured | 3,616.54 | 3,616.54 |
| 20. | ECast Settlement Corp | Unsecured | 1,025.12 | 1,025.12 |
| 21. | ECast Settlement Corp | Unsecured | 1,373.72 | 1,373.72 |
| 22. | Nordstrom | Unsecured | 430.06 | 430.06 |
| 23. | Motorola Employees' Credit Union | Unsecured | 7,535.98 | 0.00 |
| 24. | ECast Settlement Corp | Unsecured | 613.64 | 613.64 |
| 25. | Louis F Taglia DDS & Assc | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Mitchell, Annie Marie | Case Number: 04 B 45663 |
|---|---|---|
| | | Judge: Wedoff, Eugene R |
| | Printed: 5/13/08 | Filed: 12/13/04 |

| | | | | |
|---|---|---|---|---|
| 26. | Exxon Mobil | Unsecured | | No Claim Filed |
| 27. | Wal Mart Stores | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 71,183.99 | $ 63,648.01 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 211.11 |
| 4% | 163.07 |
| 3% | 141.52 |
| 5.5% | 707.26 |
| 5% | 183.65 |
| 4.8% | 437.17 |
| 5.4% | 1,587.47 |
| | _____ |
| | $ 3,431.25 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

